HEATHER E. WILLIAMS, Bar #122664
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
CUONG DI BUI, aka Quon Di Bui

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>CUONG DI BUI, aka Quon Di Bui,<br><br>    Defendant. | No. Cr. S 11-148 MCE<br><br>**STIPULATED MOTION AND ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE<br><br>Judge: Honorable MORRISON C. ENGLAND, JR. |

Defendant, CUONG DI BUI, by and through his attorney, Assistant Federal Defender David M. Porter, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Jason Hitt, hereby stipulate as follows:

1.  Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

2.  On May 29, 2013, this Court sentenced Mr. Bui to a term of 60 months imprisonment;

3.  His total offense level was 27, his criminal history category was I, and the resulting guideline range was 120 months by operation of USSG § 5G1.1(b). He received a reduction from the low end of the applicable guideline range on the government's motion;


4. The sentencing range applicable to Mr. Bui was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973;

5. Mr. Bui's total offense level has been reduced from 27 to 25, and his amended guideline range is 57 to 71 months. A reduction comparable to the one received at the initial sentencing produces a term of 28 months, see USSG § 1B1.10, comment. (n.4(B));

6. Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Bui's term of imprisonment to 28 months;

Respectfully submitted,

Dated: June 9, 2015                                   Dated:   June 9, 2015

BENJAMIN B. WAGNER                          HEATHER E. WILLIAMS
United States Attorney                              Federal Defender


 /s/ *Jason Hitt*                                              /s/ *David M. Porter*
JASON HITT                                              DAVID M. PORTER
Assistant U.S. Attorney                             Assistant Federal Defender

Attorney for Plaintiff                                  Attorney for Defendant
UNITED STATES OF AMERICA              CUONG DI BUI

## ORDER

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Bui is entitled to the benefit Amendment 782, which reduces the total offense level from 27 to 25, resulting in an amended guideline range of 57 to 71 months. A reduction comparable to the one received at the initial sentencing produces a term of 28 months.

IT IS HEREBY ORDERED that the term of imprisonment imposed in May 2013 is reduced to a term of 28 months.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect. The clerk shall forthwith prepare an amended judgment reflecting the above

1  reduction in sentence, and shall serve certified copies of the amended judgment on the United
2  States Bureau of Prisons and the United States Probation Office.
3     Unless otherwise ordered, Mr. Bui shall report to the United States Probation Office
4  within seventy-two hours after his release.
5     IT IS SO ORDERED.
6  
   Dated:  June 29, 2015
7  
8  _____
   MORRISON C. ENGLAND, JR., CHIEF JUDGE
9  UNITED STATES DISTRICT COURT